Dismissed and Opinion filed September 26, 2002









Dismissed and Opinion filed September 26, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00343-CV

____________

 

FIERA COM, INC., Appellant

 

V.

 

INTER-TEL LEASING, INC., Appellee

 



 

On
Appeal from the 127th District Court

Harris County, Texas

Trial
Court Cause No. 01-46432

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a default judgment signed January 4,
2002.  The clerk=s record was filed on July 5,
2002.  Appellant=s brief was due August 5, 2002.  No brief or motion for extension was filed.

On August 29, 2002, this Court issued an order stating that
unless appellant submitted its brief, together with a motion reasonably
explaining why the brief was late, on or before September 20, 2002, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed September 26, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P.
47.3(b).